04-mc-40003



# MEMORANDUM

**To:**    Magistrate Judge Charles B. Swartwood, III

**From:**  Julius H. Britto,

Supervising U. S. Probation Officer

**Re:**    JONES, Robert G.

**Date:**  February 25, 2004

The above-captioned parolee is in custody awaiting a final Revocation Hearing to be conducted by the United States Parole Commission. He has requested representation by counsel at that hearing and has submitted a Form CJA-22 (attached) declaring himself indigent.

I request to be notified of the Court's decision on this matter so that I may further assist the P Parole Commission in scheduling a final Revocation Hearing.

JHB:dmm

Enc.

CJA 22
(9/76)

= FOR Final Revocation Hearing =

## APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT

### UNITED STATES DISTRICT COURT
for the

District of Massachusetts

Register No. 02202-054
U.S. Court Docket No. _____

IN THE MATTER OF STATEMENT OF
(PAROLEE) (MANDATORY RELEASEE)

## STATEMENT OF PAROLEE OR MANDATORY RELEASEE CONCERNING APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT

I, __Robert Jones__, having been fully advised of the charges against me and of my rights as set forth in the attached copy of the (Notice of Pending Dispositional Review) (Warrant Application) (Summons to Appear) understand that I may apply to the United States District Court for appointment of counsel to assist or represent me in this matter before the United States Parole Commission, and that such representation by counsel will be furnished to me if the judicial officer determines I am financially unable to obtain attorney representation;

Pursuant to such notification concerning appointment of counsel,

1. _____ I do not wish to apply to the District Court for appointment of counsel.

✓ Initial 2. __RGJ__ I do hereby apply to the District Court for appointment of counsel and in connection with this application I state as follows concerning my financial condition:

I am.................................................... Employed _____ Unemployed __X__
If employed, state weekly income........................... $ __N/A__
If self-employed, state average weekly income............... $ __NONE__
Cash on hand and in bank.................................. $ __NONE__
Number of dependents ....................................... __2 (ages 7 & 5 yrs.)__
Property owned: __NONE__

I certify the above to be correct.

X __Robert R Jones__
(Signature of Applicant)

Witness: _____ USPO
(Signature and Title)

DATE: __1/27/04__

A false or dishonest answer to a question in this application may be punishable by fine or imprisonment or both, (18 USC 1001)