UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
       Plaintiff,

v.

                            MC 04-40003-CBS

ROBERT JONES,
       Defendant,

ORDER OF APPOINTMENT OF COUNSEL

March 22, 2004

SWARTWOOD, M.J.

It is hereby ORDERED that Elizabeth Prevett of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                            CHARLES B. SWARTWOOD, III
                            MAGISTRATE JUDGE

                            By the Court:


                            /s/ Lisa B. Roland
                            Lisa B. Roland
                            Deputy Clerk